UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. JU, et al.,<br><br>　　　　　Defendants. | No. 2:16-cv-0389 MCE KJN P<br><br><br>ORDER |

　　　Plaintiff is a state prisoner, proceeding pro se. On May 13, 2017, plaintiff signed a request for settlement conference. (ECF No. 27.) However, in light of defendant Dr. Ju's motion to opt out of the post-screening ADR project, it appears that a settlement conference at this time is not warranted. (<u>See</u> ECF No. 25.) No good cause appearing, plaintiff's request for a settlement conference is denied.

　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for settlement conference (ECF No. 27) is denied without prejudice.

Dated: June 9, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/biv0389.den

1