UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS,<br><br>   Plaintiff,<br><br> v.<br><br>DR. JU,<br><br>   Defendant. | No. 2:16-cv-0389 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On June 21, 2017, plaintiff filed a 32 page "opposition" to defendants' answer. (ECF No. 31.)

Rule 7(a) of the Federal Rules of Civil Procedure provides:

(a) Pleadings. Only these pleadings are allowed:

 (1) a complaint;

 (2) an answer to a complaint;

 . . .

 (7) <u>if the court orders one</u>, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

/////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's opposition (ECF No. 31) is placed in the file and disregarded.

Dated: July 5, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bivi0389.77e