UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH BIVINS,

        Plaintiff,

  v.

DR. JEU, et al.,

        Defendants.

No. 2:16-cv-0389 MCE KJN P

ORDER

Plaintiff is a state prisoner, proceeding pro se, in this civil rights action for relief pursuant to 42 U.S.C. § 1983. On February 27, 2019, plaintiff filed an opposition to defendant Borges' answer to plaintiff's second amended complaint.

Rule 7(a) of the Federal Rules of Civil Procedure provides:

(a) Pleadings. Only these pleadings are allowed:

    (1) a complaint;

    (2) an answer to a complaint;

    . . .

    (7) <u>if the court orders one</u>, a reply to an answer.

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendants' answer and declines to make such an order.

/////

Accordingly, IT IS HEREBY ORDERED that plaintiff's opposition (ECF No. 62) is disregarded.

Dated: May 1, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

bivi0389.77e