UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. JEU, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0389 MCE KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with this civil rights action seeking relief under 42 U.S.C. § 1983. On November 18, 2019, plaintiff filed his opposition to defendants' motion for summary judgment. However, page 12 of his opposition was not included. Therefore, plaintiff is provided an opportunity to provide a copy of his page 12 to be interlineated into his opposition. No additional briefing is permitted. L.R. 230(l). Failure to submit page 12 will result in the court considering plaintiff's opposition without the missing page.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days from the date of this order, plaintiff shall submit a copy of page 12 from his opposition to defendants' motion for summary judgment.

Dated: December 3, 2019

bivi0389.p12

/s/ Kendall J. Newman
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE