1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSEPH BIVINS,                                    No.  2:16-cv-0389 MCE KJN P

12                    Plaintiff,

13            v.                                         ORDER

14    DR. JEU, et al.,

15                    Defendants.

16

17            Plaintiff is a state prisoner, proceeding pro se, with a civil rights action seeking relief

18    under 42 U.S.C. § 1983.  On April 14, 2020, the undersigned recommended that defendant's

19    motion for summary judgment be granted, and this action be terminated.  On August 31, 2020,

20    plaintiff filed a document entitled "Objections to Findings and Recommendations."  (ECF No.

21    90.)  However, in his filing, plaintiff does not address the pending findings and recommendations;

22    rather, he seeks reconsideration of the court's order denying plaintiff the appointment of counsel

23    based primarily on the restrictions put in place due to the Covid-19 pandemic, but also claims he

24    has "no access to any legal material whatsoever and no legal delivery system in place."  (ECF No.

25    90 at 1.)

26            Within fourteen days from the date of this order, counsel for defendant shall address

27    whether plaintiff has access to his legal materials, and the prison law library or the legal paging

28    system in order to prepare his objections to the findings and recommendations.

1

1          Accordingly, IT IS HEREBY ORDERED that within fourteen days from the date of this

2   order, counsel for defendant shall file a response as set forth above.

3   Dated:  October 29, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2