UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DR. JEU, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-0389 MCE KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel.  On January 4, 2021, plaintiff filed a notice that he had tested positive for Covid-19, and due to the symptoms was unable to file objections.  Good cause appearing, plaintiff is granted 60 days in which to file objections to the April 14, 2020 findings and recommendations.  Absent a showing of substantial cause, no further extension of time will be granted.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted sixty days from the date of this order in which to file objections to the findings and recommendations (ECF No. 81).

Dated: January 11, 2021

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bivi0389.36d