1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BIVINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DR. JEU, e al.,<br><br>　　　　Defendants. | No.  2:16-cv-00389 MCE KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Following multiple extensions of time, plaintiff was granted sixty days from January 11, 2021, in which to file objections.  That time has passed, and neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　1. The findings and recommendations filed April 14, 2020, are adopted in full;

1

2. Defendant's motion for summary judgment (ECF No. 71) is granted; and

3. This action is terminated.

IT IS SO ORDERED.

Dated: March 31, 2021

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE